UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES E. GREEN | CIVIL ACTION |
| VERSUS | NO. 08-3685 |
| DISTRICT ATTORNEY OFFICE, CRIMINAL DISTRICT COURT SECTION J, ORLEANS PARISH JUDGE DARRYL DERBIGNY | SECTION "F"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that James E. Green's Title 42 U.S.C. § 1983 claims challenging the validity of his confinement are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A, until such time as the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

**IT IS FURTHER ORDERED** that Green's § 1983 claims against the defendants, Orleans Parish District Attorney's Office, Section J of the Orleans Parish Criminal District Court, and Judge Darryl Derbigny, are **DISMISSED WITH PREJUDICE** as frivolous, for seeking relief against

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep____
___ Doc. No.___

immune defendants, and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this \_\_10th\_\_ day of \_\_March\_\_, 2009.

_____
UNITED STATES DISTRICT JUDGE